UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

TYQUAN ROBINSON,

Defendant.

No. 18-cr-373-8 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

Due to a conflict, the sentencing currently scheduled to be held on Wednesday, January 8, 2020 at 3:00 p.m. is adjourned to Friday, January 10, 2020 at 3:00 p.m. The sentencing shall be held in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The Court apologizes for any inconvenience caused by this necessary change.

SO ORDERED.

Dated: January 2, 2020
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation