UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

TYQUAN ROBINSON,

                Defendant.

No. 18-cr-373-8 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The sentencing currently scheduled to be held in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, on Friday, January 10, 2020 at 3:00 p.m., shall now be held in Courtroom 15C of the same courthouse.

SO ORDERED.

Dated:    January 7, 2020
            New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation