# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

January 31, 2022

**By ECF**

Honorable Richard J. Sullivan
United States Circuit Judge
U.S. Court of Appeals for the Second Circuit
U.S. District Court, Southern District of New York (sitting by designation)
500 Pearl Street
New York, NY 10007

Re:  *United States v. Tyquan Robinson, et al.*, 18 Cr. 373 (RJS)

Dear Judge Sullivan:

I and Benjamin Silverman, Esq., were appointed to represent Mr. Robinson pursuant to the Criminal Justice Act ("CJA") in the above-captioned case. After Mr. Robinson was sentenced, he filed a 2255 petition alleging ineffective assistance of counsel. *See*, ECF Dkt. 780. His petition was dismissed. *See*, ECF Dkt. 787.

Counsel has been approached by Brooke Cucinella, counsel for co-defendant Ernest Murphy. Ms. Cucinella seeks to interview Mr. Robinson. Due to Mr. Robinson's ineffective assistance of counsel claim, we do not think it is appropriate to represent Mr. Robinson at this juncture. Accordingly, we request that we be relieved and new counsel be appointed to represent Mr. Robinson.

Very truly yours,

*James Roth*

James Roth, Esq.
Benjamin Silverman, Esq.
*Counsel for Tyquan Robinson*

cc:  All Counsel of Record (By ECF)

JR/Robinson/Ltr to Ct/2255 Issue

Defense counsel's motion is granted. IT IS HEREBY ORDERED THAT Benjamin Silverman, Esq., and James Roth, Esq., are relieved as counsel in this matter. In light of Ms. Cucinella's request to interview Mr. Robinson in connection with Defendant Murphy's motion for a new trial, IT IS FURTHER ORDERED THAT Zachary S. Taylor is appointed as counsel pursuant to 18 U.S.C. § 3006A to represent Defendant Tyquan Robinson in this matter. Mr. Taylor shall promptly file a notice of appearance in Case No. 18-cr-373-8. Mr. Silverman and Mr. Roth, Robinson's former counsel, are directed to turn over their file to Mr. Taylor in a timely manner.

SO ORDERED:
Dated: 2/01/2022    RICHARD J. SULLIVAN
U.S.C.J., Sitting by Designation